Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
hskhalsa@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorney for J.P. Morgan Chase Bank, N.A., f/k/a Bank One, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOO H. OH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK ONE, N.A., TRANSWORLD SYSTEMS, INC.; NATIONAL COLLEGIATE STUDENT LOAN TRUST, JUNE O. YANG, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant J.P. Morgan Chase Bank, N.A. fka Bank One, N.A. ("CHASE") hereby removes to this Court the state court action described below.

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collections Practices Act, 15 U.S.C. §1692, *et. seq.*

2. On or about October 22, 2015, the action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled, *Boo H. Oh v. Bank One, N.A., Transworld System, Inc., National Collegiate Student Loan Trust, June O. Yang, and Does 1-10 inclusive,* Case No. 15K13261(the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3. The date upon which CHASE first received a copy of the said Complaint was October 30, 2015, when CHASE received a copy of the Complaint via UPS. Thus, pursuant to 28 U.S.C. § 1446(b), CHASE has timely filed this Notice of Removal.

4. Defendants Transworld Systems, Inc. and National Collegiate Student Loan Trust have not been served with the Complaint, and thus their consent to removal is not required. According to the state court docket, defendant June O. Yang

has likewise not been served with the Complaint, and thus her consent to removal is not required.

5. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

6. The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending 28 U.S.C. § 1441(a).

7. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 11/30/2015         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

          */s/Harijot S. Khalsa*
          Harijot S. Khalsa
          Attorney for Defendant
          J.P. Morgan Chase Bank, N.A.,
          fka Bank One, N.A.