Exhibit A

NSP 10/29/2015 AM

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Bank One NA; Transworld System Inc; National Collegiate Student Loan Trust; June O. Yang and Does 1-10 Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Boo H. Oh

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

OCT 22 2015

Sherri R. Carter, Executive Officer/Clerk
By: Glorietta Robinson, Deputy

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Los Angeles County Superior Courts., 111 N. Hill Street Los Angeles, CA 90012 Central District {Limited}

**CASE NUMBER:**
*(Número del Caso):*

**15K13261**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Boo H. Oh In Pro per   611 S. Catalina Street, #212  Los Angeles, CA 90005   tel. 213-700-4894

DATE:                              **SHERRI R. CARTER**          Clerk, by                                                      , Deputy
*(Fecha)*                                                         *(Secretario)* _____Glorietta Robinson_____             *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☑ on behalf of *(specify)*:

   under: ☑ CCP 416.10 (corporation)              ☑ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

[SEAL]  OCT 22 2015

Page 1 of 1

Form Adopted for Mandatory Use
**SUMMONS**
Code of Civil Procedure §§ 412.20, 465

```
1  BOO H.OH
   611 S. Catalina St. #212,
2  Los Angeles, CA 90005
3  Tel:(213)700-4894
   Fax:(213)388-8224
4
5  Plaintiff in pro per person
```

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

OCT 2 2 2015

Sherri R. Carter, Executive Officer/Clerk
By: Glorietta Robinson, Deputy

SUPERIOR COURTS OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES-CENTRAL DISTRICT
LIMITED JURISDICTION

| | |
|---|---|
| BOO H.OH,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK ONE NA; TRANSWOLRD SYSTEM INC; NATIONAL COLLEGIATE STUDENT LOAN TRUST; JUNE O. YANG, and Does 1-10 Inclusive,<br><br>  Defendants. | CASE NO  15K13261<br><br>**VERIFIED COMPLAINT**<br><br>*DECLARARTORY RELIEF FOR*<br>1) UNLAWFUL DEBT COLLECTION;<br>2) PRIVATE NUISANCE;<br>3) FRAUD.<br><br>LIMITED CASE<br>OVER $10,000. Under $25,000.<br><br>Date action filed: |

**Parties and Venue:**

  1.  Plaintiff BOO H. OH ("Plaintiff/OH") is an individual and resides in the City of Los Angeles, State of California;

  2.  Defendant BANK ONE, NA ("BANK ONE/Defendant") is a National Association and doing business in Columbus, Ohio.

  3.  Defendant TRANSWOLRD SYSTEM INC; ("Trans world/ Defendant") is a acting as a Debt Collection agency for Defendants herein and located in Wilmington, Delaware

4.   Defendant NATIONAL COLLEGIATE STUDENT LOAN TRUST ("NCSLT/Defendant") is a believed to be a governmental Agency Who is managing the Nationwide student loan matters and doing business in Washington DC.

5.   Defendant JUNE O. YANG, ("YANG/defendant") is an individual and a resides in city of Los Angeles, California.

6.   A true name and capacities of Defendants Does 1 through 10, inclusive, whether an Individual, Corporate, Trustee, Bank Associate, Collection Agents, Lawyers, Alter Ego, Title Insurance Company and a Law firm, attorneys, and agent otherwise, are unknown to Plaintiff at this time, who therefore sue these Defendants by such fictitious names, Plaintiff will seek to amend this complaint to allege the true names and capacities of said Doe-Defendants when they have been ascertained.

7.   Plaintiff is informed and believe and thereupon allege, that at all time herein mentioned Defendants, and each of them were an agents, servants, and employees of another and at all time herein mentioned, were acting within the course and scope of such agency, authorities and employment.

**GENERAL ALLGATION**

8.   On or about December, *2003* about Plaintiff Ohm [last SSN #3013] has applied the student loan with the Defendants herein, and on June, 2004 Plaintiff was informed and believed that the $25,000 was approved later on, However, since then, Plaintiff never seen nor received the any of the fund nor the checked, as used the $25,000. thereafter.( Loan #1911090)

9.   At that time Defendant, NCSLT has disclosed the condition of the Loan and there will be the no extra charges

VERIFIED COMPLAINT FOR DAMAGES

1  to be made until the Plaintiff graduated the school then.
2      10.   Then on or about January, 2004 Plaintiff has received
3  the loan statements from the BANK-ONE herein that there will be a
4  $47,000 extra interest charges for the principal of the $25,000
5  loan.
6      11.   Upon the Plaintiff' discoveries of the such unknown
7  and undisclosed the extra interest charges made, later, in year
8  2014 Plaintiff has called NCSLT cancelled the loan and or
9  demanded to changes on condition of the loan and interest charges.
10     12.   However, now the Plaintiff has leaned that  Loan was
11 not cancelled and all above the Defendants has been continued to
12 exercising the debt collection acts against the Plaintiff herein.
13     13.   And further, now the Plaintiff has informed and
14 believe that Defendant YANG has received the $25,000 check from
15 the Lender, ONE Bank herein, and  also believed that YANG did not
16 returned the check back to the lender nor the  Plaintiff instead
17 and believed that YANG also has forged the Plaintiff' signature
18 and later, YANG has cashed the  said checks $25,000 for his own
19 personal uses and fled.

                        **FIRST CAUSE OF ACTION**
   ( A UNLAWFUL DEBT COLLECTION ACTS Against All Defendants Except
                           the JUNE O YANG )

23     14.   Plaintiff repeat, replead and reallges paragraph
24 1 through 13 inclusive of the forgoing allegation as through
25  set for the full herein.
26     15.   As all above the Defendants makes the claim that
27 Plaintiff did defaulted the said Loan and last few years all
28 above the Defendants herein has been harassing the Plaintiff by

1  collecting the debts which the Plaintiff has no duties to
2  pay back the said loan.
3      16.   As a direct result of such misconducts was made
4  malicious and fraudulently and intentionally to harassing the
5  Plaintiff by the Defendants herein, Plaintiff has lost quite life
6  thereafter and consumer credit rating was ruined.
7      17.   The each Defendants may liable to pay the punitive
8  damages proof at the trial and also recovered the additional
9  damages on been suffered an irreplaceable damages including
10 the emotion distress, the total to be proven at the time of
11 Trail also.

## SECOND CAUSE OF ACTION

*( A PRIVATE NUISANCE the All Defendants Except the JUNE YANG )*

14     18.   Plaintiff repeat, replead and reallges paragraph
15 1 through 17 inclusive of the forgoing allegation as through
16 Set for the full herein.
17     19.   The above the Defendants has negligently violated his
18 duty to care, and also failed to verified the forged check and
19 failed top forward to directly to the Plaintiff' address and
20 then also refused to correct the debts and failed to prosecute
21 the YANG to local authorities.
22     20.   Plaintiff was now informed and believed that The
23 Plaintiff alleged owed with the Defendants should be voided,
24 and, Defendants should collect the their loses from the YANG
25 instead.
26     21.   As a further, a proximate result of a Tort created by
27 Defendants and each of the Plaintiff has been hurt and lost
28 peaceful personal living thus, also has suffered the general

1 damages in amount of not less then $20,000. and related expenses
2 in amount of proof later.

### THIRD CAUSE OF ACTION

( A FRAUD Against the JUN O YANG and all Doe Defendants )

22. Plaintiff repeat, replead and reallges paragraph 1 through 21 inclusive of the forgoing allegation as through Set for the full herein.

23. The Defendants YANG has been stealing the check issued by the Lender and YANG has been misusing the Plaintiff checks without any authorization from the neither from the Plaintiff nor the lender herein.

31. As a further, a proximate result of a Tort created by Defendants and each of the Plaintiff has been hurt and lost personal and costs to restored the property, thus, also has suffered the general damages in amount of not less then $25,000. and related expenses in amount of proof later.

**WHEREFORE**, Plaintiff preys judgment, order against each Defendants, each of them as follows:

**On First  Cause of Action:** ( Debt Collection Acts)

1. A monetary damages of $25,000 or according to proof and legal interest;

2. Removal of Debt Obligation Records on Plaintiff;

**On Second  Cause of Action:** ( Private Nuisance )

3. A Monetary damages of $25,000 or according to proof and legal interest;

4. A Cease to harass acts of debt collection against the Plaintiff;

**On Third  Cause of Action:** ( Fraud )

5.  A damages according to proof and legal interest;

6.  A Punitive damages for sum of be proof at trial

**FOR ALL   CAUSES OF ACTIONS:**

1.  For costs of suit herein incurred;

2.  For such other and further relief as the Court deems proper.

Dated: October 22, 2015

By: _____
BOO H.OH
Plaintiff in pro per.

**VERIFICATION**

1.  I, Boo H. Oh, under oath states:

2.  That I am the parties and Plaintiff of this action,

3.  The facts recited in the forgoing complaint are of own personal knowledge except those facts which are stated on information on behalf and as to those I believe to be true and correct.

I declare under penalty of perjury under the laws of the State of California that forging allegation are true and correct.

Dated: October 22, 2015

By _____
Boo H.Oh
Plaintiff in pro per.

VERIFIED COMPLAINT FOR DAMAGES