UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 15-9238-DMG (AJWx) | Date | January 25, 2016 |
|---|---|---|---|
| Title | *Boo H. Oh v. Bank One, NA, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

On December 21, 2015, the Court set a Scheduling Conference. [Doc. # 10.] As required by the Court's December 21, 2015 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, the parties were required to file a **Joint** Rule 26(f) Report by January 22, 2016. On January 22, 2016, Defendant J.P. Morgan Chase Bank, N.A. filed a unilateral Rule 26(f) Report.

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **February 8, 2016**, why sanctions should not be imposed for his failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. This action will be **dismissed** for lack of prosecution if a satisfactory response is not filed by the date indicated above. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response.

The Scheduling Conference on February 5, 2016 is **VACATED** and will be rescheduled if necessary.

IT IS SO ORDERED.