JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 15-9238-DMG (AJWx)**                                   Date  February 18, 2016

Title  *Boo H. Oh v. Bank One, NA, et al.*

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On January 25, 2016, the Court ordered Plaintiff to show cause in writing, no later than February 8, 2016, why the above-entitled action should not be dismissed for failure to comply with the Court's Order and Local Rule 26-1 to file a Joint Rule 26(f) Report ("OSC") [Doc. # 12.] The Court advised Plaintiff that the action would be dismissed for lack of prosecution if a satisfactory response was not filed by the February 8 deadline. To date, Plaintiff has not filed a response.

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice under Federal Rule of Civil Procedure 4(m) for failure to prosecute. The OSC is hereby DISCHARGED.

IT IS SO ORDERED.

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk CL |
|---|---|---|